# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC §<br>    Plaintiff, §<br> §<br>vs. §<br> §<br>ADAMS EXTRACT §<br>    Defendant. § | Case No. 2:15-cv-1169-RWS-RSP<br>LEAD CASE |

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC §<br>    Plaintiff, §<br> §<br>vs. §<br> §<br>AETNA, INC. §<br>    Defendant. § | Case No. 2:15-cv-1170-RWS-RSP |

## ORDER OF DISMISSAL

Before the court is Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Aetna Inc.'s ("Aetna") (collectively, the "Parties") Joint Motion to Dismiss.

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Aetna are dismissed WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs, expenses, attorneys' and other fees are to be borne by the party that incurred them.

**SIGNED this 16th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE